TIM McCORMACK, J., CONCURRING:
 

 {¶ 27} The facts that form the basis of the original charges made in this case reflect
 grotesque, barbaric, unimaginably horrific acts of depravity of human against victimized human. Stretching the medical, ethical, and legal mind to formulate the development of an effective and fitting remedy to such distorted violence tests our disciplines. Surely it is fully understandable that formulating a remedy short of an equal measure of violence against the perpetrator falls far short of satisfactory retribution.
 

 {¶ 28} The convicted murderer in this case is not as a matter of right entitled to our compassion as it relates to his sentence. The specific issue raised by the appellant in this appeal is whether, based on 2017 knowledge and values, persons who were less than 21 years of age at the time of their criminal violations should be dealt with differently than fully mature men and women who commit the worst of crimes.
 

 {¶ 29} I understand and concur with the majority's solid legal analysis. Procedurally, Otte cannot successfully utilize a declaratory judgment action to collaterally attack his criminal sentence. However, as major, medical, academic, and legal studies move forward and, as the
 
 Bredhold
 
 case demonstrates, scientific evidence concerning youth brain development continues to evolve. Given the immediacy of the Otte case, justice may well be best served by openly considering physical and mental youthfulness at the time of violations, including Otte's. Otte is now left, though, with few or no tools with which to successfully argue the legal status of the application of the death penalty to his case.
 

 {¶ 30} There is now pending before our high court the very issue of whether capital punishment is appropriate for youthful offenders. For these next several months, as the Ohio Supreme Court deliberates this issue of age-appropriate punishment, respectfully, I would suspend implementation of capital punishment for those who committed capital crimes before 21 years of age.